# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RUBIO, | Case No. 1:23-cv-00262-SAB |
| Plaintiff, | ORDER GRANTING J. GERARD STRANCH, IV'S *PRO HAC VICE* APPLICATION |
| v. | |
| MADERA COMMUNITY HOSPITAL, | (ECF No. 8) |
| Defendant. | |

The court has read and considered the application of J. Gerard Stranch, IV, attorney for Plaintiff, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 8.) Having reviewed the application, J. Gerard Stranch, IV's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

UNITED STATES MAGISTRATE JUDGE