# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RUBIO,<br><br>        Plaintiff,<br><br>    v.<br><br>MADERA COMMUNITY HOSPITAL,<br><br>        Defendant. | Case No. 1:23-cv-00262-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>**SEVEN DAY DEADLINE** |

Antonio Rubio ("Plaintiff") filed this action on February 17, 2023.  (ECF No. 1.)  On March 6, 2023, a summons was returned executed indicating Defendant was served on February 23, 2023, and that an answer was due on March 16, 2023.  (ECF No. 6.)  No responsive pleading has been filed, nor a request for entry of default.  A scheduling conference is currently scheduled for June 6, 2023.  (ECF No. 5.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendant, a stipulation extending the time to respond and request to continue the conference, or some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 8, 2023**

UNITED STATES MAGISTRATE JUDGE