1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RUBIO,<br><br>      Plaintiff,<br><br>   v.<br><br>MADERA COMMUNITY HOSPITAL,<br><br>      Defendant. | Case No. 1:23-cv-00262-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 14) |

On December 19, 2025, Plaintiff filed a notice of voluntary dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 14.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. In this action, defendant has not filed an answer or other responsive pleading.

/ / /

/ / /

1    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case

2  and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

3

4  IT IS SO ORDERED.

5  Dated:   **December 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge